IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>CACI PREMIER TECHNOLOGY, INC.,<br><br>Defendant-Appellant. | No. 25-1043 |

**RESPONSE OF THE UNITED STATES TO
APPELLANT'S MOTION FOR ABEYANCE**

Pursuant to this Court's order of April 24, 2026, the United States respectfully submits this response to appellant CACI's motion to hold in abeyance its petition for rehearing or for rehearing en banc. The United States takes no position on that motion.

Respectfully submitted,

SHARON SWINGLE

 /s/ *Michael Shih*
MICHAEL SHIH
(202) 353-6880
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7268*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*

APRIL 2026

**CERTIFICATION OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this response complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Georgia, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 42 words according to the count of Microsoft Word.

/s/ *Michael Shih*
MICHAEL SHIH