

www.pbwt.com

Michael F. Buchanan
Partner
(212) 336-2350
mfbuchanan@pbwt.com

June 24, 2026

Nwamaka C. Anowi, Esq.
Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

> **Re:** ***Al Shimari, et al. v. CACI Premier Technology, Inc.***, **No. 25-1043**
> **Plaintiffs-Appellees' Response to Appellant's Submission of**
> **Supplemental Authority:** ***Cisco Systems, Inc. et al. v. Doe, et al.***,
> **609 U.S. \_\_\_\_, (2026)**

Dear Ms. Anowi:

Contrary to CACI's oversimplified description, the Supreme Court's decision in *Cisco Systems* does not compel this Court to overturn the jury's verdict and dismiss Plaintiffs-Appellees' claims.  Indeed, the Supreme Court did not hold, as CACI writes, that only the three law of nations violations known as the Blackstone three are cognizable under the Alien Tort Statute.  Rather, the Supreme Court stated that "causes of action are available for *torts corresponding to* the Blackstone three."  *Cisco*, slip op. at 12 (emphasis added).  This unique case satisfies that standard.

To the extent that the Court considers CACI's new request to dismiss this case, Plaintiffs-Appellees respectfully ask to be heard on the application of *Cisco Systems* to this very different case.

To that end, Plaintiffs-Appellees respectfully request the opportunity to respond to CACI's still-pending petition for rehearing by filing a brief no more than 3,900 words in length within 14 days.  *See* Fed. R. App. P. 40(d).

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222

Respectfully submitted,

/s/ *Michael F. Buchanan*

Baher Azmy
Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
(212) 614-6464

Michael F. Buchanan
Andrew Haddad
Alexandra Mahler-Haug
James Mayer
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York
(212) 336-2000

*Attorneys for Plaintiffs-Appellees*

CC: Counsel of record