FILED: June 29, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1043
(1:08-cv-00827-LMB-JFA)

_____

SUHAIL NAJIM ABDULLAH AL SHIMARI; SALAH HASAN NUSAIF
JASIM AL-EJAILI; ASA'AD HAMZA HANFOOSH AL-ZUBA'E

        Plaintiffs - Appellees

 and

TAHA YASEEN ARRAQ RASHID; SA'AD HAMZA HANTOOSH AL-
ZUBA'E

        Plaintiffs

v.

CACI PREMIER TECHNOLOGY, INCORPORATED

        Defendant and 3rd-Party Plaintiff - Appellant

 and

TIMOTHY DUGAN; CACI INTERNATIONAL, INCORPORATED; L-3
SERVICES, INCORPORATED

        Defendants

v.

UNITED STATES OF AMERICA; JOHN DOES 1-60

Third Party Defendants - Appellees

------------------------------

PROFESSOR DEBORAH A. DEMOTT; SCHOLARS OF FEDERAL COURTS; PROFESSORS OF LEGAL HISTORY; FORMER MILITARY LEADERS AND LAWYERS

Amicus Supporting Appellee

_____

O R D E R

_____

For reasons appearing to the court, the parties are directed to file supplemental briefs addressing their views on the effect of the Supreme Court's decision in *Cisco Systems, Inc. v. Doe*, 609 U.S. ___ (June 23, 2026).

Plaintiffs-Appellees' supplemental brief shall be due within five (5) business days of the date of this order, and Defendant-Appellant shall have five business days to file a supplemental brief in response.  The supplemental briefs shall be no more than 3,900 words in length.

For the Court

/s/ Nwamaka Anowi, Clerk