**No. 25-1043**

# In the United States Court of Appeals for the Fourth Circuit

_____

Suhail Al Shimari, *et al.*,
*Plaintiffs-Appellees*,

v.

CACI Premier Technology, Inc.
*Defendant-Appellant*.

_____

On Appeal from the United States District Court for the Eastern District of Virginia, Alexandria Division
(No. 1:08-cv-00827) (The Hon. Leonie M. Brinkema)

_____

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF BY PROFESSORS OF LEGAL HISTORY**

_____

Tyler R. Giannini
Emily A. Ray
Human Rights Entrepreneurs Clinic
Harvard Law School
23 Everett Street, Suite 303
Cambridge, MA 02138
Telephone: 617-496-7368
giannini@law.harvard.edu

*Counsel for Amici Curiae*

Defendants-Appellants submitted an opposition to Professors of Legal History's motion for leave to file an *amicus curiae* brief[1] as part this Court's order to the parties to submit supplemental briefing addressing the effect of the Supreme Court's recent decision in *Cisco Systems, Inc. v. Doe*, 609 U.S. ___ (June 23, 2026). Dkt. 118 at 2. Defendants-Appellants opposed the motion on two primary grounds, both of which are without merit.

First, the legal question at issue in the supplemental briefing is a *new* one in light of the U.S. Supreme Court's decision in *Cisco*. History is now even more important than before, as the only causes of action that may proceed under the Alien Tort Statute, 28 U.S.C. § 1350, must "correspond" to the historical causes of action under the law of nations at the time of the Founding era. *See Cisco*, slip. op. at 12 (citing *Sosa v. Alveraz-Machain*, 542 U.S. 692 (2004)). *Amici* include individuals who filed an *amicus curiae* brief in *Sosa*, the position of which the Supreme Court adopted in Part III of its opinion. *Sosa*, 542 U.S. at 713–14 (citing *amicus curiae* brief of professors of federal jurisdiction and legal history).[2] This position was not disturbed by the Supreme Court in *Cisco*. *See Cisco*, slip. op. at

---

[1] On July 10, 2026, pursuant to Rule 29 of the Federal Rules of Appellate Procedure, Professors of Legal History moved for leave to file a supplemental brief as *amici curiae*.

[2] The *amici* on this brief who also joined the *Sosa* brief are William R. Casto and Anne-Marie Slaughter.

2

12 (declining to "revisit" *Sosa* with regards to causes of action that "correspond" to the Blackstone three). Accordingly, *amici* respectfully submit information on the current question before this court: whether the activity alleged in this case, a private actor overstepping its delegated authority from the United States during hostilities, corresponds to the Blackstone three and law of nations violations recognized during the Founding era.

Second, Defendants-Appellants' complaint about the proposed *amicus* brief's word count is misplaced. The current procedural posture involves a request for rehearing and rehearing en banc. The rules of this Court explicitly state that "during consideration of whether to grant rehearing," a brief of parties is limited to 3900 words, and *amici curiae* briefs are limited to 2600 words. Fed. R. App. P. 29(b)(4); *see also* U.S. Court of Appeals for the Fourth Circuit, Appellate Procedure Guide (March 2026) (Rehearing & Rehearing En Banc). The proposed *amicus curiae* brief contains 2,597 words and is therefore within the appropriate limit. Additionally, because no deadline for a response to the petition for rehearing has been set (only a schedule for supplemental briefing), the deadline for filing an *amicus* brief opposing the petition has not passed. *See* Fed. R. App. P. 29(b)(5). And as Defendants-Appellants note, the briefing schedule in this case is truncated, and *amici* worked expeditiously to submit their brief more quickly than the typical

3

deadline of seven days after the corresponding party's principal brief. *See* Fed. R. App. P. 29(b)(5).

## CONCLUSION

For the reasons set forth above, the Court should grant Professors William R. Casto, Martin S. Flaherty, Eliga H. Gould, Samuel Moyn, and Anne-Marie Slaughter leave to file their proposed brief as *amicus curiae* in this case.

July 13, 2026                                  Respectfully submitted,

*/s/ Tyler R. Giannini*
Tyler R. Giannini
Human Rights Entrepreneurs Clinic
Harvard Law School
23 Everett Street, Suite 303
Cambridge, MA 02138
Telephone: 617-496-7368
giannini@law.harvard.edu

*Counsel for Amici Curiae*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing (NEF) to all counsel of record.

Dated:    July 13, 2026                    */s/ Tyler R. Giannini*
                                           Tyler R. Giannini